**Exhibit A**

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "REAL FEMALE ORGASMS 13," Copyright Reg. No. PA0001740861

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.216.108 | 2012-02-16 15:07:56 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 2 | 108.20.236.47 | 2012-02-18 21:11:31 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 3 | 108.7.236.189 | 2012-03-16 13:13:24 -0400 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 4 | 173.127.245.36 | 2012-03-06 19:12:35 -0500 | Sprint PCS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 5 | 173.48.196.111 | 2012-02-15 01:39:59 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 6 | 173.48.93.71 | 2012-03-24 21:15:55 -0400 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 7 | 184.202.209.47 | 2012-02-10 03:10:28 -0500 | Sprint PCS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 8 | 24.128.63.227 | 2012-02-28 09:18:07 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 9 | 24.218.223.210 | 2012-03-10 17:43:04 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 10 | 24.218.38.60 | 2012-03-04 15:09:59 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 11 | 24.60.14.76 | 2012-02-05 21:05:41 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 12 | 24.62.31.140 | 2012-01-30 02:59:47 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 13 | 24.63.167.180 | 2012-03-01 01:06:50 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 14 | 24.91.193.110 | 2012-02-18 21:04:36 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 15 | 24.91.4.173 | 2012-02-02 06:12:31 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 16 | 50.133.247.39 | 2012-03-20 15:07:25 -0400 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 17 | 66.30.96.246 | 2012-02-24 23:59:50 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 18 | 66.31.202.70 | 2012-02-10 17:34:16 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 19 | 67.186.188.101 | 2012-01-28 01:42:09 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 20 | 68.184.30.163 | 2012-03-10 18:51:07 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 21 | 69.193.27.108 | 2012-02-03 10:55:55 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 22 | 71.192.115.175 | 2012-01-31 17:38:39 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 23 | 71.88.100.208 | 2012-02-14 02:59:56 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 24 | 72.93.243.66 | 2012-03-02 12:20:33 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 25 | 74.76.28.178 | 2012-03-19 21:15:17 -0400 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 26 | 76.119.170.55 | 2012-01-31 05:02:33 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 27 | 76.23.245.47 | 2012-02-03 16:05:19 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 28 | 76.24.157.45    | 2012-01-28 17:59:55 -0500 | Comcast Cable            | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 29 | 96.237.101.231  | 2012-03-26 09:09:38 -0400 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 30 | 96.237.117.221  | 2012-02-02 02:59:54 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 31 | 96.237.152.141  | 2012-03-21 01:18:00 -0400 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 32 | 96.237.167.141  | 2012-03-21 01:49:49 -0400 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 33 | 96.237.251.25   | 2012-02-24 11:03:23 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 34 | 98.118.123.217  | 2012-03-10 03:00:34 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 35 | 98.118.73.141   | 2012-01-30 02:59:47 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 36 | 98.217.76.95    | 2012-01-27 14:41:03 -0500 | Comcast Cable            | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |