# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Patrick Collins, Inc.<br>**Plaintiff**<br><br>V.<br><br>Does 1 - 36<br>**Defendants** | CIVIL ACTION<br><br>NO.  12-10758-GAO |

## O R D E R

O'Toole, D.J.

The Defendant's MOTION to Dismiss/Sever and MOTION for Protective Order and/or to Quash Subpoena (docket number 13) is stricken for failure to comply with Local Rule 5.1(a). Within seven days of the date of this order, the Defendant shall file and serve a substitute pleading that conforms to the requirements of the Court's Local Rules.

| | |
|---|---|
| 7/24/2012<br>Date | /s/George A. O'Toole, Jr.<br>United States District Judge |