**Jedd L. Hall**
**Attorney at Law**
PO Box 144
Lenox Dale, MA 01242
413-329-4339
Jhall.law@roadrunner.com

_____

Clerk of Court

United States District Court

1 Courthouse Way, Suite 2300

Boston, MA 02110


In re:  <u>Amended Pleadings</u>

<u>Docket Nos. 12-CV-30083-KPN, 12-CV-30085-MAP, 12-CV-10758-GAO</u>


Dear Clerk of Courts,

    Enclosed please find Motions to Amend and/or Substitute Pleadings and an amended Motion to Quash on all related matters.


After a conversation with a representative from Atty. Cable's office it has been brought to Counsels attention that the prior pleadings were incorrectly submitted.  Counsel state that he had been on vacation during the time of filing and was forced to borrow equipment from a friend in order to timely file the Motion to Quash with the Internet Provider (Time Warner Cable) and with Plaintiff's Counsel and with this Honorable Court.  As such, Defendant's Counsel is seeking to Amend and/or Substitute the Pleadings and to re-file the Motions to Quash to comport with the Federal Rules of Civil Procedure.


Please do not hesitate to contact me should you have any questions.


Very truly yours,

<u>/s/ Jedd L. Hall</u>

Jedd L. Hall